UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



Joseph W. L. Vezina III
Plaintiff

VS.

Case Number: 6:02-CV-225-Orl-19DAB

Carnival Cruise Lines
Defendant

COMPLAINT
---

Wrongful Dismissal

Lack of Human Regard

Terminating Contract Before Due Date

Threat of Throwing (Displacing) Individual of Boat without Accomodations.

Joseph W. L. Vezina III
NAME

410 West Central Boulevard
Street Address

Orlando          FL          32801
City             State       Zip Code

407-423-3596
Telephone Number